SHORT RECORD
FILED 11/7/13
APPEAL NO. 13-3495

APPEAL,BKAPPEAL,CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:13−cv−00179−RTR

Listecki v. Official Committee of Unsecured Creditors
Assigned to: Judge Rudolph T Randa
 related Case:  2:13−cv−00485−RTR
 Case in other court:  WIEB, 11−02459
                      13−02881
                      USCA Official Committee of Unsecured
                      Creditors, 13−02881
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 02/20/2013
Date Terminated: 07/29/2013
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**Appellant**

| | | |
|---|---|---|
| **Archbishop Jerome E Listecki** | represented by | **Brady C Williamson** |
| *Trustee of the Archdiocese of Milwaukee* | | Godfrey &Kahn SC |
| *Catholic Cemetery Perpetual Care Trust* | | 1 E Main St − Ste 500 |
| | | PO Box 2719 |
| | | Madison, WI 53701−2719 |
| | | 608−257−3911 |
| | | Fax: 608−257−0609 |
| | | Email: bwilliam@gklaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Jennifer L Vandermeuse**
Godfrey &Kahn SC
1 E Main St − Ste 500
PO Box 2719
Madison, WI 53701−2719
608−284−2277
Fax: 608−257−0609
Email: jvandermeuse@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda S Schmidt**
Godfrey &Kahn SC
1 E Main St − Ste 500
PO Box 2719
Madison, WI 53701−2719
608−257−3911
Fax: 608−257−0609
Email: lschmidt@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M Wuest**
Godfrey &Kahn SC

780 N Water St
Milwaukee, WI 53202−3590
414−273−3500
Fax: 414−273−5198
Email: mwuest@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F Nixon**
Godfrey &Kahn SC
200 S Washington St − Ste 100
Green Bay, WI 54307−3067
920−432−9300
Fax: 920−436−7988
Email: tnixon@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William E Duffin**
Godfrey &Kahn SC
780 N Water St
Milwaukee, WI 53202−3590
414−273−3500
Fax: 414−273−5198
Email: wduffin@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor**

**Archdiocese of Milwaukee**                    represented by    **Bruce G Arnold**
Whyte Hirschboeck Dudek SC
555 E Wells St − Ste 1900
Milwaukee, WI 53202−3819
414−273−2100
Fax: 414−223−5000
Email: barnold@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Daryl L Diesing**
Whyte Hirschboeck Dudek SC
555 E Wells St − Ste 1900
Milwaukee, WI 53202−3819
414−273−2100
Fax: 414−223−5000
Email: ddiesing@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Francis H LoCoco**
Whyte Hirschboeck Dudek SC

555 E Wells St − Ste 1900
Milwaukee, WI 53202−3819
414−273−2100
Fax: 414−223−5000
Email: flococo@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Lindsey M Johnson**
Whyte Hirschboeck Dudek SC
555 E Wells St − Ste 1900
Milwaukee, WI 53202−3819
414−273−2100
Fax: 414−223−5000
Email: ljohnson@whdlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

| **Official Committee of Unsecured Creditors** | represented by | **Albert Solochek** |
|---|---|---|

Howard Solochek &Weber
324 E Wisconsin Ave − Ste 1100
Milwaukee, WI 53202−4309
414−272−0760
Fax: 414−272−7265
Email: alsolochek@hswmke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E Gray**
Pachulski Stang Ziehl &Jones LLP
10100 Santa Monica Blvd − Ste 1300
Los Angeles, CA 90067
310−277−6910
Fax: 310−201−0760
Email: egray@pszjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason R Pilmaier**
Howard Solochek &Weber
324 E Wisconsin Ave − Ste 1100
Milwaukee, WI 53202−4309
414−272−0760
Fax: 414−272−7265
Email: jpilmaier@hswmke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth H Brown**
Pachulski Stang Ziehl &Jones

150 California St − 15th Fl
San Francisco, CA 94111−4500
415−263−7000
Fax: 415−263−7010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marci A Hamilton**
36 Timber Knoll Dr
Washington Crossing, PA 18977
215−353−8984
Fax: 215−493−1094
Email: hamilton.marci@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gillian N Brown**
Pachulski Stang Ziehl &Jones
10100 Santa Monica Blvd − 13th Fl
Los Angeles, CA 90067
310−227−6910
Fax: 310−201−0760
Email: gbrown@pszjlaw.com
*ATTORNEY TO BE NOTICED*

**James I Stang**
Pachulski Stang Ziehl &Jones
10100 Santa Monica Blvd − 13th Fl
Los Angeles, CA 90067
310−227−6910
Fax: 310−201−0760
Email: jstang@pszjlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/20/2013 | 1 | | MOTION for Leave to Appeal (Attachments: # 1 Record on Appeal)(wieb) |
| 02/20/2013 | | | NOTICE Regarding assignment of this matter to Judge Rudolph T. Randa. (nts) (Entered: 02/21/2013) |
| 04/01/2013 | 2 | | ORDER signed by Judge Rudolph T. Randa on 4/1/2013 GRANTING 1 Motion for Leave to Appeal. (cc: all counsel) (cb) (Entered: 04/02/2013) |
| 04/10/2013 | 3 | | NOTICE of Appearance by Daryl L Diesing on behalf of Archdiocese of Milwaukee. Attorney(s) appearing: Daryl L. Diesing (Diesing, Daryl) |
| 04/10/2013 | 4 | | NOTICE of Appearance by Lindsey M Johnson on behalf of Archdiocese of Milwaukee. Attorney(s) appearing: Lindsey M. Johnson (Johnson, Lindsey) |
| 04/10/2013 | 5 | | NOTICE of Appearance by Bruce G Arnold on behalf of Archdiocese of Milwaukee. Attorney(s) appearing: Bruce G. Arnold (Arnold, Bruce) |

| 04/10/2013 | 6 | | NOTICE of Appearance by Francis H LoCoco on behalf of Archdiocese of Milwaukee. Attorney(s) appearing: Francis H. LoCoco (LoCoco, Francis) |
|---|---|---|---|
| 04/11/2013 | 7 | | VACATED per 11 ORDER; BRIEFING LETTER Electronically Transmitted to Parties. (cc: all counsel, via USPS to Attorney Brown) (blr) Modified on 4/18/2013 (blr). |
| 04/16/2013 | 8 | | NOTICE of Appearance by Gillian N Brown on behalf of Official Committee of Unsecured Creditors. Attorney(s) appearing: Gillian N. Brown (Brown, Gillian) |
| 04/16/2013 | 9 | | NOTICE of Appearance by James I Stang on behalf of Official Committee of Unsecured Creditors. Attorney(s) appearing: James I. Stang (Stang, James) |
| 04/17/2013 | | | NOTICE of Electronic Filing Error re 9 Notice of Appearance filed by Official Committee of Unsecured Creditors, 8 Notice of Appearance filed by Official Committee of Unsecured Creditors; Electronically filed documents should not be scanned whenever possible. These documents do not need to be re−filed. Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov. (blr) |
| 04/17/2013 | 10 | | Rule 7(h) Expedited Non−Dispositive MOTION to Clarify , MOTION for Extension of Time *re Briefing Deadlines*, MOTION to Supplement *the Record* by Jerome E Listecki. (Attachments: # 1 Certificate of Service)(Schmidt, Linda) |
| 04/18/2013 | 11 | | ORDER signed by Judge Rudolph T. Randa on 4/18/2013 GRANTING 10 Motion to clarify. Briefing schedule 7 is VACATED; Docketing and briefing to proceed per bankruptcy rules. (cc: all counsel) (cb) |
| 05/08/2013 | 12 | | ORDER signed by Judge Rudolph T. Randa on 5/8/2013. Docket entries from 13−C−485 to be transferred into 13−C−179, and 13−C−485 to be closed. Briefing schedule established by 5/1/2013 briefing letter remains in effect. (cc: all counsel)(cb) (Entered: 05/09/2013) |
| 05/08/2013 | 13 | | RECORD ON APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 11−2459. (originally filed 4/30/2013 in 13−C−485) (Attachments: # 1 Docs 1−40, # 2 Docs 42, 48 57, 61, 62 &84, # 3 Docs 43−46, # 4 Docs 48−56, # 5 Docs 58−60, # 6 Doc 63, # 7 Docs 65−83, # 8 Docs 85−98, # 9 Docs from case 11−20059 19−110, # 10 Docs from case 11−20059 111−705, # 11 Docs from case 11−20059 806−1012, # 12 Docs from case 11−20059 859−902, # 13 Docs from case 11−20059 915−1490, # 14 Docs from case 11−20059 1047, 2032, # 15 Doc from case 11−20059 1504, # 16 Docs from case 11−20059 1505−1808)(blr) (Entered: 05/09/2013) |
| 05/08/2013 | 14 | | BRIEFING LETTER Electronically Transmitted to Parties. (sent via USPS to Atty Marci A. Hamilton &Atty Kenneth H. Brown) (originally filed 5/1/2013 in 13−C−485) (blr) (Entered: 05/09/2013) |
| 05/15/2013 | 15 | | ATTACHMENTS Supplemental Transmittal of Record on Appeal. Documents for case 11−20059, #706, 712, 732, 797 and 1260 re 13 Bankruptcy Appeal. (Attachments: # 1 Doc form case 11−20059 1260)(wieb, ) |
| 05/15/2013 | 16 | | Appellant's BRIEF filed by Archdiocese of Milwaukee. (Attachments: # 1 ADDENDUM 1 − Relevant Statutes, # 2 ADDENDUM 2 − In re Walnut Equipment Leasing Co., 2000 WL 1456951, # 3 ADDENDUM 3 − McCarthy |

| | | | |
|---|---|---|---|
| | | | v. Fuller, 2013 WL 1442293, #<u>4</u> ADDENDUM 4 − Official Committee of Unsecured Creditors Renaissant Lafayette LLC v. Interforum Holdings−Lafayette LLC, 2013 WL1163783, #<u>5</u> ADDENDUM 5 − Szeklinski v. Neary, 2007 WL 777539, #<u>6</u> Certificate of Service)(Schmidt, Linda) |
| 05/16/2013 | <u>17</u> | | Supplemental Transmittal of Record on Appeal re <u>13</u> Bankruptcy Appeal. Transcripts from hearings held on 10/31/2011 and 12/27/2012. (Attachments: #<u>1</u> Transcript from case 11−20059 doc 2046)(wieb, ) |
| 05/16/2013 | <u>18</u> | | Supplemental Transmittal of Record on Appeal. Documents from case 11−20059, #915 re <u>13</u> Bankruptcy Appeal. (wieb, ) |
| 05/29/2013 | <u>19</u> | | Appellee's BRIEF filed by Official Committee of Unsecured Creditors. (Stang, James) |
| 05/29/2013 | <u>20</u> | | APPENDIX by Official Committee of Unsecured Creditors *Appendix I (Excerpts of Record) to <u>19</u> Brief of Appellee Official Committee of Unsecured Creditors*. (Attachments: #<u>1</u> Appendix Part One, #<u>2</u> Appendix Part Two, #<u>3</u> Appendix Part Three)(Stang, James) (Entered: 05/30/2013) |
| 05/30/2013 | <u>21</u> | | APPENDIX by Official Committee of Unsecured Creditors *Appendix II (Authorities) to <u>19</u> Brief of Appellee Official Committee of Unsecured Creditors*. (Attachments: #<u>1</u> Appendix Part One, #<u>2</u> Appendix Part Two, #<u>3</u> Appendix Part Three, #<u>4</u> Appendix Part Four, #<u>5</u> Appendix Part Five)(Stang, James) |
| 05/30/2013 | <u>22</u> | | CERTIFICATE OF SERVICE by Official Committee of Unsecured Creditors *of <u>19</u> Appellee's Brief, <u>20</u> Appendix I (Excerpts of Record) and <u>21</u> Appendix II (Authorities)* (Stang, James) |
| 06/12/2013 | <u>23</u> | | Appellant's REPLY BRIEF filed by Archdiocese of Milwaukee. (Attachments: #<u>1</u> Addendum 1 − Bayer Healthcare LLC v. Norbrook Labs Ltd., 2010 WL 338089 (unreported), #<u>2</u> Addendum 2 − Korte v. Sebelius, 2012 WL 6757353 (unreported), #<u>3</u> Certificate of Service)(Schmidt, Linda) |
| 07/29/2013 | <u>24</u> | | ORDER RE BANKRUPTCY APPEAL signed by Judge Rudolph T. Randa on 7/29/2013. Decision of bankruptcy court REVERSED and matter REMANDED for further proceedings consistent with this opinion. See Order for details. (cc: all counsel)(cb) (Entered: 07/30/2013) |
| 08/01/2013 | <u>25</u> | | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO REMAND from Judge Kelley in Adversary Case No. 11−2459. (wieb) |
| 08/01/2013 | <u>26</u> | | JUDGMENT signed by Deputy Clerk and approved by Judge Rudolph T. Randa on 8/1/2013 IN FAVOR OF Jerome E. Listecki AGAINST Official Committee of Unsecured Creditors. (cc: all counsel)(cb) |
| 08/12/2013 | <u>27</u> | | MOTION to Vacate *Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(B) and 28 U.S.C. § 455* by Official Committee of Unsecured Creditors. (Stang, James) |
| 08/12/2013 | <u>28</u> | | BRIEF in Support filed by Official Committee of Unsecured Creditors re <u>27</u> MOTION to Vacate *Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(B) and 28 U.S.C. § 455 Memorandum of Points* |

| | | |
|---|---|---|
| | | *and Authorities in Support of Motion to Vacate Judgment and Decision and Order.* (Stang, James) |
| 08/12/2013 | 29 | AFFIDAVIT of James I. Stang *in Support of 27 Official Committee of Unsecured Creditors' Motion to Vacate Judgment and Decision and Order.* (Stang, James) |
| 08/12/2013 | 30 | MOTION for Recusal *of the Honorable Rudolph T. Randa from the Cemetery Trust Litigation and Cemetery Related Proceedings* by Official Committee of Unsecured Creditors. (Stang, James) |
| 08/12/2013 | 31 | BRIEF in Support filed by Official Committee of Unsecured Creditors re 30 MOTION for Recusal *of the Honorable Rudolph T. Randa from the Cemetery Trust Litigation and Cemetery Related Proceedings Memorandum in Support of Motion to Recuse.* (Stang, James) |
| 08/12/2013 | 32 | AFFIDAVIT of James I. Stang *in Support of 30 Official Committee of Creditors Motion to Recuse the Honorable Rudolph T. Randa from the Cemetery Trust Litigation and Cemetery Related Proceedings.* (Stang, James) |
| 08/12/2013 | 33 | CERTIFICATE OF SERVICE by Official Committee of Unsecured Creditors *re: 27 Motion to Vacate, 28 Memo in Support of Motion to Vacate, 29 James Stang Affidavit re: Motion to Vacate, 30 Motion for Recusal, 31 Memo in Support of Motion for Recusal, and 32 James I. Stang Affidavit in Support of Motion for Recusal* (Stang, James) |
| 08/13/2013 | | NOTICE of Electronic Filing Error re 29 Affidavit, 32 Affidavit; The Exhibits should have been filed as separate attachments to the Affidavit. These documents do not need to be re−filed. Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov. (blr) |
| 08/13/2013 | 34 | LETTER from Attorney Jennifer L. Vandermeuse *regarding post−judgment filings.* (Vandermeuse, Jennifer) |
| 08/13/2013 | 35 | DISCLOSURE Statement by Official Committee of Unsecured Creditors. (Stang, James) |
| 08/26/2013 | 36 | NOTICE OF APPEAL as to 24 Order Regarding Bankruptcy Appeal, 26 Judgment by Official Committee of Unsecured Creditors. Filing Fee PAID $455, receipt number 0757−1745134 (cc: all counsel) (Attachments: # 1 Certificate of Service)(Hamilton, Marci) |
| 08/27/2013 | 37 | 7th Circuit Information Sheet re: 36 Notice of Appeal, (jv) |
| 08/27/2013 | 38 | Attorney Cover Letter re: 36 Notice of Appeal, (Attachments: # 1 Docket Sheet)(jv) |
| 08/27/2013 | 39 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 36 Notice of Appeal, (jv) |
| 08/27/2013 | 40 | USCA Case Number 13−2881 re: 36 Notice of Appeal, filed by Official Committee of Unsecured Creditors. (jv) |
| 09/02/2013 | 41 | BRIEF in Opposition filed by Jerome E Listecki re 30 MOTION for Recusal *of the Honorable Rudolph T. Randa from the Cemetery Trust Litigation and Cemetery Related Proceedings, 27 MOTION to Vacate Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(B) and* |

| | | | |
|---|---|---|---|
| | | | *28 U.S.C. § 455* . (Attachments: #_1 Addendum 1 − (unreported) Wellness Intl Network, Ltd. v. Sharif, Case No. 12−1349, #_2 Addendum 2 − (unreported) Mercier v. City of La Crosse, Case No. 02−376, #_3 Addendum 3 − (unreported) Franco v. Yale University, Case No. 00−1927, #_4 Addendum 4 − (unreported) Hu v. Am. Bar Assn, Case No. 08−3156, #_5 Addendum 5 − Burial records of Francis Van Lieshout and Marie, #_6 Certificate of Service)(Vandermeuse, Jennifer) |
| 09/16/2013 | 42 | | REPLY BRIEF in Support filed by Official Committee of Unsecured Creditors re 30 MOTION for Recusal *of the Honorable Rudolph T. Randa from the Cemetery Trust Litigation and Cemetery Related Proceedings*, 27 MOTION to Vacate *Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(B) and 28 U.S.C. § 455 Reply to Opposition of Archbishop Jerome E. Listecki to Committee's (1) Motion to Vacate Judgment and Decision and Order and (2) Motion to Recuse the Honorable Rudolph T. Randa*. (Hamilton, Marci) |
| 09/16/2013 | 43 | | CERTIFICATE OF SERVICE by Official Committee of Unsecured Creditors *re:* 42 *Reply to Opposition to Motion to Vacate* (Stang, James) |
| 09/17/2013 | 44 | | NOTICE by Official Committee of Unsecured Creditors *Notice of Submission of Exhibit A to Reply to Opposition of Archbishop Jerome E. Listecki to Official Committee of Unsecured Creditors (1) MOTION to Vacate Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(B) AND 28 U.S.C. § 455 and (2) MOTION to Recuse the Honorable Rudolph T. Randa* 42 (Hamilton, Marci) |
| 09/17/2013 | 45 | | CERTIFICATE OF SERVICE by Official Committee of Unsecured Creditors *re* 44 *Notice of Submission of Exhibit A to reply* (Stang, James) |
| 10/01/2013 | 46 | 27 | ORDER signed by Judge Rudolph T. Randa on 10/1/2013 DENYING 27 MOTION to Vacate *Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(B) and 28 U.S.C. § 455*; DENYING 30 MOTION for Recusal *of the Honorable Rudolph T. Randa from the Cemetery Trust Litigation and Cemetery Related Proceedings*. (cc: all counsel)(cb) |
| 10/29/2013 | 47 | | DOCUMENT RE−FILED; SEE 48 ~~AMENDED DOCUMENT by Official Committee of Unsecured Creditors.~~ *~~AMENDED NOTICE OF APPEAL~~* ~~36~~ (Attachments: #_1 Exhibit A, #_2 Certificate of Service)(Hamilton, Marci) Modified on 11/7/2013 (vkb) |
| 11/06/2013 | 48 | 10 | NOTICE OF APPEAL as to 26 Judgment, 46 Order, Terminate Motions 24 Order Regarding Bankruptcy Appeal by Official Committee of Unsecured Creditors. Filing Fee PAID $455, receipt number 0757−1786732 (cc: all counsel) (Attachments: #_1 Exhibit A, #_2 Certificate of Service)(Hamilton, Marci) Modified on 11/7/2013 (vkb) |
| 11/06/2013 | 49 | | TRANSCRIPT REQUEST *7th Circuit Transcript Information Sheet (No Transcripts Ordered)* (Attachments: #_1 Certificate of Service)(Hamilton, Marci) |
| 11/07/2013 | 50 | | DESIGNATION of Record on Appeal by Official Committee of Unsecured Creditors re 48 Notice of Appeal, (Stang, James) |
| 11/07/2013 | 51 | 25 | 7th Circuit Information Sheet re: 48 Notice of Appeal, (jv) |

| 11/07/2013 | <u>52</u> | | Attorney Cover Letter re: <u>48</u> Notice of Appeal, (Attachments: # <u>1</u> Docket Sheet)(jv) |
|---|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

**AMENDED NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

On August 26, 2013, the Official Committee of Unsecured Creditors (the "Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding, appealed to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Eastern District of Wisconsin (the "District Court") entered in this adversary proceeding on August 1, 2013, which notice of appeal includes but is not limited to an appeal from the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment") entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the "Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013. [Notice of Appeal, Dist. Doc. No. 36]. A copy of the original Notice of Appeal is attached hereto as

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
Telephone: (215) 353-8984
E-mail: Hamilton.marci@gmail.com

**Exhibit A**. The appeal is pending before the United States Court of Appeals for the Seventh Circuit as case number 13-2881.

On August 12, 2013, the Committee filed its Motion to Vacate the Judgment and Decision Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and 28 U.S.C. § 455 (the "Motion to Vacate") [Dist. Doc. Nos. 27, 28, 29]. The Motion to Vacate sought to vacate the Decision and Order and the Judgment on the grounds that the presiding judge, the Honorable Rudolph T. Randa, should have recused himself pursuant to 28 U.S.C. §§ 455 (a) and 455(b)(4). On August 12, 2013, the Committee also filed its Motion to Recuse the Honorable Randolph T. Randa from the Cemetery Trust Litigation and any Cemetery Related Proceedings (the "Motion to Recuse") [Dist. Doc. Nos. 30, 31, 32]. On October 1, 2013, the District Court entered an order denying the Motion to Vacate and the Motion to Recuse (the "Order Denying Motion to Vacate and Recuse") [Dist. Doc. No. 46].

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), the Committee hereby amends its Notice of Appeal to include an appeal from the Order Denying Motion to Vacate and Recuse in addition to its appeal from the Judgment, the Decision and Order, the Proposed Findings and all adverse orders and rulings embraced therein.[1]

The parties to the Judgment, the Decision and Order, the Proposed Findings and the Order Denying Motion to Vacate and Recuse appealed from and the names and addresses of their respective attorneys are as follows:

---

[1] On October 23, 2013, the Committee filed a Petition for Writ of Mandamus Directing the Honorable Rudolph T. Randa to Recuse Himself Pursuant to 28 U.S.C. § 455 with the United States Court of Appeals for the Seventh Circuit, which is pending as case number 13-3353.

2

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA  18977<br>Telephone:   (215) 353-8984<br>E-mail:          Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:   (310) 277-6910<br>Facsimile:    (310) 201-0760<br>E-mail:          jstang@pszjlaw.com<br>                     kbrown@pszjlaw.com<br>                     gbrown@pszjlaw.com<br>                     egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI  53202<br>Telephone:   (414) 272-0760<br>Facsimile:    (414) 272-7265<br>E-mail:          asolochek@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780  North Water Street<br>Milwaukee, WI 53202-3590<br>Telephone:   (414) 273-3500<br>Facsimile:    (414) 273-5198<br>Email:          tnixon@gklaw.com<br>                     weduffin@gklaw.com |

3

Respectfully submitted,

Dated: October 29, 2013          By     /s/ Marci A. Hamilton, Esq.
                                        Marci A. Hamilton, Esq.
                                        36 Timber Knoll Drive
                                        Washington Crossing, PA  18977
                                        Telephone: (215) 353-8984
                                        Email: Hamilton.marci@gmail.com

                                        Special Counsel to the Official Committee
                                        of Unsecured Creditors

4

PACHULSKI STANG ZIEHL & JONES LLP

By      /s/ James Stang
       James I. Stang (CA Bar No. 94435)
       Kenneth H. Brown (CA Bar No. 100396)
       Gillian N. Brown (CA Bar No. 205132)
       Erin Gray (CA Bar No. 157658)
       Pachulski Stang Ziehl & Jones LLP
       10100 Santa Monica Blvd., 13th Floor
       Los Angeles, CA  90067
       Telephone:  (310) 277-6910
       Facsimile:  (310) 201-0760
       E-mail:  jstang@pszjlaw.com
              kbrown@pszjlaw.com
              gbrown@pszjlaw.com
              egray@pszjlaw.com

       -and-

       Albert Solochek (State Bar No. 1011075)
       Howard, Solochek & Weber, S.C.
       324 E. Wisconsin Ave., Suite 1100
       Milwaukee, WI  53202
       Telephone:  (414) 272-0760
       Facsimile:  (414) 272-7265
       E-mail:  asolochek@hswmke.com

       Attorneys for the Official Committee of
       Unsecured Creditors

5

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

The Official Committee of Unsecured Creditors (the "Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Eastern District of Wisconsin (the "District Court") entered in this adversary proceeding on August 1, 2013, which appeal includes but is not limited to the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment") entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the "Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013.  The parties to the Judgment, the Decision and Order

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone:   (215) 353-8984
E-mail:        Hamilton.marci@gmail.com

and the Proposed Findings appealed from and the names and addresses of their respective

attorneys are as follows:

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA  18977<br>Telephone:   (215) 353-8984<br>E-mail:        Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:   (310) 277-6910<br>Facsimile:    (310) 201-0760<br>E-mail:        jstang@pszjlaw.com<br>                    kbrown@pszjlaw.com<br>                    gbrown@pszjlaw.com<br>                    egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Jason R. Pilmaier (State Bar No. 1070638)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI  53202<br>Telephone:   (414) 272-0760<br>Facsimile:    (414) 272-7265<br>E-mail:        asolochek@hswmke.com<br>                    jpilmaier@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780  North Water Street |

2

Case: 13-cv-001799RTRR  Filed 08/7/883  Page 17 of 35  Document 653

| | Cemetery Perpetual Care Trust | Milwaukee, WI 53202-3590<br>Telephone:   (414) 273-3500<br>Facsimile:    (414) 273-5198<br>Email:         tnixon@gklaw.com<br>                    weduffin@gklaw.com |
|---|---|---|

Respectfully submitted,

Dated:  August 26, 2013                By     /s/ Marci A. Hamilton, Esq.
                                                   Marci A. Hamilton, Esq.
                                                   36 Timber Knoll Drive
                                                   Washington Crossing, PA  18977
                                                   Telephone: (215) 353-8984
                                                   Email: Hamilton.marci@gmail.com

                                                   Special Counsel to the Official Committee
                                                   of Unsecured Creditors

DOCS_LA:270459.2  05058-003

PACHULSKI STANG ZIEHL & JONES LLP

By      /s/ James Stang
        James I. Stang (CA Bar No. 94435)
        Kenneth H. Brown (CA Bar No. 100396)
        Gillian N. Brown (CA Bar No. 205132)
        Erin Gray (CA Bar No. 157658)
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA  90067
        Telephone:  (310) 277-6910
        Facsimile:  (310) 201-0760
        E-mail:  jstang@pszjlaw.com
                 kbrown@pszjlaw.com
                 gbrown@pszjlaw.com
                 egray@pszjlaw.com

        -and-

        Albert Solochek (State Bar No. 1011075)
        Jason R. Pilmaier (State Bar No. 1070638)
        Howard, Solochek & Weber, S.C.
        324 E. Wisconsin Ave., Suite 1100
        Milwaukee, WI  53202
        Telephone:  (414) 272-0760
        Facsimile:  (414) 272-7265
        E-mail:  asolochek@hswmke.com
                 jpilmaier@hswmke.com

        Attorneys for the Official Committee of
        Unsecured Creditors

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

**CERTIFICATE OF SERVICE**

I, Paige Doyle, declare:

1.      I am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

2.      On August 26, 2013, I caused to file and serve via CM/ECF in the above captioned Civil Case a copy of the *Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* and that CM/ECF will cause electronic notice of the filing to be sent to the following parties:

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:    jstang@pszjlaw.com
              kbrown@pszjlaw.com
              gbrown@pszjlaw.com

DOCS_LA:270624.2 05058/003

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com

- **Gillian N Brown**
  gbrown@pszjlaw.com

- **Daryl L Diesing**
  ddiesing@whdlaw.com,dkaebisch@whdlaw.com

- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com

- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com

- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdl
  aw.com

- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com

- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com

- **Jason R Pilmaier**
  jpilmaier@hswmke.com

- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gkla
  w.com

- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com

- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com

- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,eshipman@gklaw.com,zraiche@gklaw.com

- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com

- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com

3.      I further certify that on August 26, 2013, a true and correct copy of the *Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* was served via U.S. Mail on the following parties:

| | |
|---|---|
| Timothy F. Nixon | Bruce G. Arnold |
| Godfrey & Kahn, S.C. | Darlyl L. Diesing |
| 780  North Water Street | 555 East Wells Street |
| Milwaukee, WI 53202-3590 | Suite 1900 |
| | Milwaukee, WI 53202 |

Dated:    August 26, 2013

By    */s/ Paige Doyle*
           Paige Doyle

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| In re: | Chapter 11 |
|---|---|
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
|---|---|
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## CERTIFICATE OF SERVICE

I, Paige Doyle, declare:

1.      I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

2.      On November 6, 2013, I caused to file and serve via CM/ECF in the above captioned Civil Case a copy of the *Amended Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* and that CM/ECF will cause electronic notice of the filing to be sent to the following parties:

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:    jstang@pszjlaw.com
             kbrown@pszjlaw.com
             gbrown@pszjlaw.com
DOCS_LA:270624.3 05058/003

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com
- **Gillian N Brown**
  gbrown@pszjlaw.com
- **Daryl L Diesing**
  ddiesing@whdlaw.com,dkaebisch@whdlaw.com
- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com
- **Erin E Gray**
  egray@pszjlaw.com,pdoyle@pszjlaw.com
- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com
- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdlaw.com
- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com
- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com
- **Jason R Pilmaier**
  jpilmaier@hswmke.com
- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gklaw.com
- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com
- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com
- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,jhaseleu@gklaw.com,eshipman@gklaw.com,zraiche@gklaw.com
- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com
- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com

Dated:    November 6, 2013

By    _/s/ Paige Doyle_
            Paige Doyle

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.

| | | | |
|---|---|---|---|
| District: | **Eastern District of Wisconsin** | Docket No.: | **13-C-179** |
| Division: | **Milwaukee** | | |

| **Plaintiff (Petitioner)** | **Short Caption** | **Defendant (Respondent)** |
|---|---|---|
| ( **Archbishop Jerome E Listecki** | v. | **Archdiocese of Milwaukee** ) |

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

| | | | |
|---|---|---|---|
| Name: | Marci A Hamilton | Name: | Brady C Williamson |
| Firm: | 36 Timber Knoll Dr | Firm: | Godfrey & Kahn SC |
| Address: | Washington Crossing, PA 18977 | Address: | 1 E Main St - Ste 500 |
| | | | PO Box 2719 |
| Phone No.: | 215-353-8984 | | Madison, WI 53701-2719 |
| | | Phone No.: | 608-257-3911 |

Judge: _Rudolph T Randa_

Court Reporter: _____

Nature of Suit Code: 422

Date Filed in District Court: 02/20/13

Date of Judgment: 07/29/13

Date of Notice of Appeal: 11/06/13

Counsel:  ☐ Appointed   ☒ Retained   ☐ Pro Se

Fee Status:  ☒ Paid   ☐ Due   ☐ IFP   ☐ IFP Pending   ☐ U.S.   ☐ Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:   ☐ Yes   ☒ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ☐ granted; ☐ denied; ☐ pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Atty for Debtor:
Bruce G Arnold
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-273-2100

Atty for Appellee:
Albert Solochek
Howard Solochek & Weber
324 E Wisconsin Ave - Ste 1100
Milwaukee, WI 53202-4309
414-272-0760

James I Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd - Ste 1300
Los Angeles, CA 90067
310-277-6910

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**In re Archdiocese of Milwaukee,**

Debtor.                    **Bankruptcy Case No. 11-20059-SVK**

---

**ARCHBISHOP JEROME E. LISTECKI,**
**as Trustee of the Archdiocese of Milwaukee**
**Catholic Cemetery Perpetual Care Trust,**

Appellant,           **Adv. Proc. No.  11-2459-SVK**

-vs-                 **Case No.  13-C-179**

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS,**

Appellee.

---

## DECISION AND ORDER

---

On July 29, 2013, the Court held that more than $50 million dollars being held in the Archdiocesan Cemetery Trust could not be brought into the underlying bankruptcy estate because the Committee of Unsecured Creditors, "in pursuing the claims of the unsecured creditors under the authority granted to it by the bankruptcy court, acts 'under color of law' and is subject to [the Religious Freedom Restoration Act].   Therefore, RFRA and the First Amendment prevent the Committee from appropriating the funds in the Trust because doing so would substantially burden the Trustee's free exercise of religion."  ECF No. 24, at 2; --- B.R. ---, 2013 WL 3937021, at *1 (E.D. Wis. July 29, 2013).

In response, the Committee launched an investigation into my background in relation to the Milwaukee Catholic Cemeteries.  First, the Committee learned (by searching publicly-available databases) that many of my relatives are buried in Archdiocesan cemeteries.  Then, the Committee moved for an order directing the Archdiocese to search its business records to determine if I or my wife have any agreements for burial spaces at Archdiocesan cemeteries.  The bankruptcy court granted this motion.  As a result, the Committee learned that 38 years ago on August 1, 1975, I purchased a burial crypt for my parents in the Holy Cross Mausoleum.[1]  Armed with this information, the Committee moves for recusal and to vacate the Court's judgment.

The Court is at a loss trying to understand why these motions were brought.  The Committee is entitled to *de novo* review in the Seventh Circuit Court of Appeals.  Instead of proceeding directly to the Seventh Circuit, the Committee decided to inject collateral issues into these proceedings for the stated purpose of vacating a prior ruling and sending the case to another district judge.  This is a wasteful use of time, money, and judicial resources.  The Seventh Circuit, if not the Supreme Court, will be the final word on the issues raised by the Cemetery Trust litigation.  The last thing this case needs is another decision by another lower court federal judge before it reaches the

---

[1]     The Holy Cross Mausoleum is located at 7301 West Nash Street. http://www.cemeteries.org/pdf/HolyCrossChapelMausoleum_July2004.pdf.  The following article includes a picture of my parents' crypt.  Bruce Vielmetti and Karen Herzog, *Records show judge in Milwaukee Archdiocese case has cemetery ties*, Milwaukee Journal Sentinel, Aug. 14, 2013. http://www.jsonline.com/features/religion/milwaukee-archdioceses-creditors-want-ruling-halted-judge-off-case-b9975543z1-219553341.html.

Seventh Circuit.

Questionable motives aside, the Court takes up the motion. The Committee argues that I have a "financial interest in the subject matter in controversy" by virtue of purchasing[2] my parents' crypt. 28 U.S.C. § 455(b)(4). The statute defines "financial interest" as "ownership of a legal or equitable interest, however small . . ." § 455(d)(4). The term "interest," as used in § 455(b)(4), means "an investment or other asset whose value depends on the outcome, or some other concrete financial effect." *Guardian Pipeline, LLC v. 950.80 Acres of Land*, 525 F.3d 554, 557 (7th Cir. 2008). My parents' burial crypt is not an investment or asset, much less an asset whose value depends upon the outcome of this litigation. This was a consumer purchase of my parents' rights of entombment from the Archdiocese of Milwaukee. Holy Cross Mausoleum Purchase Agreement, ECF No. 32, Ex. N ("SELLER hereby offers for sale the *right of entombment only* in said Mausoleum in the crypt space(s) hereinafter described. PURCHASER hereby agrees to purchase said right of entombment . . .") (emphasis added).

The Committee argues that I have a financial interest in this case because the burden for providing perpetual care could fall to me. The Purchase Agreement specifically precludes this type of arrangement. *Id.* at ¶ 15 ("All services about the crypt or Mausoleum requiring labor shall be performed only by the SELLER"); ¶ 19 ("The SELLER shall provide care and maintenance and such care and maintenance

---

[2] The crypt cost $3,800. Holy Cross Mausoleum Agreement, ECF No. 32, Exhibit N.

- 3 -

shall be performed only by the SELLER"). In any event, by analogy to cases involving judges as utility consumers, a possible adverse effect on the Trustee's ability to maintain my parents' crypt is not a financial interest within the meaning of § 455(b)(4). *In re N.M. Natural Gas Antitrust Litig.*, 620 F.2d 794, 796 (10th Cir. 1980) ("a remote, contingent benefit, such as a possible beneficial effect on future utility bills, is not a 'financial interest' within the meaning of the statute"); *In re Va. Elec. & Power Co.*, 539 F.2d 357, 366 (4th Cir. 1976) ("We think it demonstrable that [the district judge] did not 'own' a legal or equitable interest in the subject matter of the controversy. The only interest the judge has in the subject matter is the remote contingent possibility that he may *in futuro* share in any refund that might be ordered for all VEPCO customers").

The Committee also argues that I have a financial interest pursuant to the proof of claim filed on behalf of Cemetery Care Claimants in the underlying bankruptcy proceeding. ECF No. 44, Claim 179-1. This is incorrect. The rider to the claim explains that it "*does not constitute a request for payment* on behalf of any individual or entity," nor does it "constitute an assertion by the Debtor as to whether or not any individual Cemetery Care Claimants are 'creditors'[3] . . . with respect to the obligations of the Debtor to provide perpetual care." *Id.*, Rider to Proof of Claim Filed on Behalf

---

[3] Even if I could be considered a creditor to the bankruptcy estate, this does not make me a "party to the proceeding" for purposes of recusal. Committee on Codes of Conduct Advisory Opinion No. 100 (June 2009) (Identifying Parties in Bankruptcy Cases for Purposes of Disqualification) ("simply being a creditor or interest holder of the bankruptcy estate is not a sufficient interest to make that creditor 'a party to the proceeding'").

of the Cemetery Care Claimants, ¶¶ 8-9 (emphasis added).  Thus, the Committee's citation to *Tramonte v. Chrysler Corp.*, 136 F.3d 1025 (5th Cir. 1998) is inapposite. "[W]here a judge or an immediate family member is a member of a class *seeking monetary relief*, § 455(b)(4) requires recusal because of the judge's financial interest in the case." *Id.* at 1029 (emphasis added).

Because there is no financial interest, any interest requiring recusal falls under the second clause of § 455(b)(4), whereby I must recuse myself if I have "any other interest that could be substantially affected by the outcome of the proceeding."  My parents have been entombed for almost forty years; that will not change as a result of this lawsuit.  To the extent that I have an interest in the care and maintenance of my parents' crypt, the Milwaukee Catholic Cemeteries "encompass approximately 1,000 acres of land in which more than 500,000 individuals are interred."  ECF No. 24, at 3; 2013 WL 3937021, at *1.  In total, there are eight cemeteries and seven mausoleums.[4] Accordingly, if the Trustee's ability to provide perpetual care is diminished, there is no guarantee that the Holy Cross Mausoleum in general, or my parents' crypt in particular, would be impacted in any way, shape or form.  Moreover, the Trustee's moral and canonical obligation to provide perpetual care will not disappear if he loses this lawsuit.  His duty to provide perpetual care continues.  In the unlikely event that the Trustee completely fails to satisfy this duty, local municipalities can (and in some instances must) intervene.  Wis. Stat. § 157.115(1)(b)1.-2; *see, In re N.M. Natural Gas*

---

[4] http://www.cemeteries.org/aboutus0013.asp.

*Antitrust Litig.* at 796 ("independent intervention by the Commission cancelling any benefit is possible"). Therefore, my interest in the care and maintenance of my parents' burial crypt will not be substantially affected by the outcome of this lawsuit. *In re Va. Elec. & Power Co.* at 368 ("Thus a judge who is a customer of a company must necessarily consider the remoteness of the interest and its extent or degree. . . . [The judge's] interest here is remote and speculative. . . . whether he ever gets any refund benefit will not be determined by him nor by the result of this litigation").

Lastly, the Committee argues for recusal under § 455(a), a "catch-all" which provides that a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The inquiry under this section is objective, asking judges to analyze "whether a reasonable person perceives a significant risk that the judge will resolve the case on a basis other than the merits." *In re Mason*, 916 F.2d 384, 385 (7th Cir. 1990) (citing *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988)). An objective standard is "essential when the question is how things appear to the well-informed, thoughtful observer rather than to a hypersensitive or unduly suspicious person. Because some people see goblins behind every tree, a subjective approach would approximate automatic disqualification." *Id.* at 386.

As discussed above, any interest that I may have in the maintenance of the Milwaukee Catholic Cemeteries is extremely remote. "Judges regularly sit in cases that could affect their well-being tangentially. A judge who owns a house could be

- 6 -

affected by a decision influencing the rate of interest, a judge who owns stock in the coal industry could be affected by a decision in a case concerning nuclear power, and so on. *These indirect effects do not cause informed, reasonable observers to doubt a judge's disinterest.*" *In re Matter of Nat'l Union Fire Ins. Co.*, 839 F.2d 1226, 1229 (7th Cir. 1988) (emphasis added).

Going further, the Committee argues that I have a personal, emotional interest in the outcome of this case — yet at the same time, the Committee insists that it is not moving for recusal because I am Catholic.   The Committee cannot take the latter position because of the general recognition that a judge's religious affiliation is not grounds for disqualification.  *See, e.g., Feminist Women's Health Ctr. v. Codispoti*, 69 F.3d 399 (9th Cir. 1995) (denying motion to recuse Catholic judge in action brought by abortion clinic against abortion protestors); *United States v. El-Gabrowny*, 844 F. Supp. 955 (S.D.N.Y. 1994) (denying motion to recuse Jewish judge in prosecution for World Trade Center bombing); *Singer v. Wadman*, 745 F.2d 606, 608 (10th Cir. 1984) (denying motion to recuse Mormon judge in case that involved the "theocratic power structure of Utah").   But, as to the former position, the Committee ascribes these personal and emotional interests to me because I am Catholic, describing my interest in the outcome of this case as religious and moral.  The Court fails to see the distinction between moving for recusal because I am Catholic and moving for recusal because of my religious interests.  There is none.

Whichever way my interest is characterized, a reasonable person would not

- 7 -

perceive a substantial risk of bias in this case.  Given that my wife and I have both lived here for almost our entire lives, it should not have been surprising for anyone to learn that I have relatives who are interred in the Milwaukee Catholic Cemeteries. Most judges are old enough to have close relatives buried somewhere.  Aging and death are facts of life, not just for judges.  Over 500,000 individuals are interred in the Milwaukee Catholic Cemeteries, so my relation to some of those individuals is a characteristic that I share with countless members of this community.  The logical conclusion of the Committee's argument is that none of these people could render an impartial decision this case.  This is untenable, and it is objectively unreasonable.  On top of that, the Committee's motion presumes that I would be personally upset or aggrieved by the remote possibility that a family member's gravesite might somehow fall into disrepair, so much so that I would ignore my duty to exercise impartial judgment.  Again, a well-informed, thoughtful observer would not make this presumption.  *See, e.g., Perry v. Schwarzenegger*, 790 F. Supp. 2d 1119, 1130 (N.D. Cal. 2011) (Regarding Judge Walker, who ruled against California's ban on same-sex marriage, a "well-informed, thoughtful observer would recognize that the mere fact that a judge is in a relationship" with someone of the same sex "does not *ipso facto* imply that the judge must be so interested in marrying that person that he would be unable to exhibit the impartiality which, it is presumed, all federal judges maintain").

For all of the foregoing reasons, recusal is unnecessary.  *Laird v. Tatum*, 409 U.S. 824, 837 (1972) (Rehnquist, J., in chambers) ("a federal judge has a duty to sit

- 8 -

where not disqualified which is equally as strong as the duty to not sit where disqualified"). The Committee's motions to vacate [ECF No. 27] and for recusal [ECF No. 30] are **DENIED**.

Dated at Milwaukee, Wisconsin, this 1st day of October, 2013.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 9 -