# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

March 5, 2014

**By the Court:**

| | |
|---|---|
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>        Debtor.<br><br>OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br>    Appellant,<br><br>Nos. 13-2881 and 13-3495    v.<br><br>JEROME E. LISTECKI, Archbishop, Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,<br>    Appellee. | ] Appeals from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>]<br>] No. 2:13-cv-00179-RTR<br>]<br>] Rudolph T. Randa, Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>] |
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>        Debtor.<br><br>OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br>    Petitioner,<br><br>RUDOLPH T. RANDA,<br>    Respondent,<br><br>No. 13-3353    v. | ] Appeals from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>] No. 2:13-cv-00179-RTR<br>]<br>] Rudolph T. Randa, Judge.<br>]<br>]<br>]<br>] |

- over -

Nos. 13-2881, 13-3495 and 13-3353                                                                 Page 2

|                                                                                              |   |
|----------------------------------------------------------------------------------------------|---|
| JEROME E. LISTECKI, Archbishop, Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | ] |
| Party-In-Interest,                                                                           | ] |
| and                                                                                          | ] |
| ARCHDIOCESE OF MILWAUKEE,                                                                    | ] |
| Party-In-Interest.                                                                           | ] |

## O R D E R

A review of the Jurisdictional Statement in appellee's brief reveals that appellee has not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to state whether or not the jurisdictional summary in an appellant's brief is "complete and correct". If it is not, the appellee must provide a "complete jurisdictional summary".

Appellee's statement reveals that appellant's jurisdictional statement is "neither complete nor correct". But appellee fails to provide one that is both complete and correct, omitting necessary information regarding this court's appellate jurisdiction over Appeal No. 13-3495. See Cir. Rule 28(a)(2). Specifically, appellees must provide the date the notice of appeal was filed. It is insufficient to state that it "timely" amended its notice of appeal. Accordingly,

IT IS ORDERED that appellee's brief is STRICKEN. Appellee must file a new brief on or before March 14, 2014, which contains a jurisdictional statement that complies with all the requirements of Circuit Rule 28(b), and if appellant's statement is not complete and correct, Circuit Rule 28(a) also. Counsel for appellee are reminded that they may not change any other portion of the brief.

NOTE:   Counsel are reminded that they must file an entire corrected brief, including the required certifications, and appendix if an appendix was attached to the stricken brief.